IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAL BHATIA,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br>_____<br>UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LAL BHATIA,<br><br>    Defendant.<br>_____/ | No. C-08-04208 CW<br><br><br><br><br><br><br><br><br>No. CR-05-00334 SBA<br><br><br>JUDICIAL REFERRAL<br>FOR PURPOSE OF<br>DETERMINING<br>RELATIONSHIP OF<br>CASES |

    Pursuant to Civil L.R. 3-12(c), this Court, *sua sponte*, refers the above-captioned cases to District Judge Sandra Brown Armstrong to consider whether these cases are related.  Parties shall file any response in opposition to or in support of relating the cases within five (5) days of receipt of this Order.

    9/16/08
Dated _____        _____
                                                      CLAUDIA WILKEN
                                                      United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LAL BHATIA,

        Plaintiff,

  v.

UNITED STATES OF AMERICA et al,

        Defendant.

Case Number: CV08-04208 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lal Bhatia 97562-011
Taft Correctional Institution
1500 Cadet Road
P.O. Box 7001
Taft, CA 93268

Dated: September 16, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

2