UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LAL BHATIA,<br><br>     Plaintiff,<br><br>  vs.<br><br>UNITED STATES OF AMERICA, JANET BERRY, STEPHEN CORRIGAN,<br><br>     Defendants. | Case No: C 08-4208 SBA<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO STAY**<br><br>Docket 28 |

Plaintiff Lal Bhatia, acting pro se, filed this matter seeking to enjoin the Government from prosecuting him in United States v. Lal Bhatia, et al., CR 05-00334 SBA.  On November 6, 2008, the Court dismissed the action for lack of subject matter jurisdiction, since under Douglas v. City of Jeanette, 319 U.S. 157, 163 (1943), courts of equity have no power to enjoin criminal proceedings.  Docket 20.  Plaintiff appealed the ruling to the Ninth Circuit Court of Appeals, where it remains pending.  See USCA No. 08-17784.

Plaintiff has now filed a motion to stay CR 05-00334 SBA pending resolution of the appeal taken from the Court's November 6, 2008 Order.  The motion lacks merit.  To the extent Plaintiff seeks to stay a related criminal action, he should have filed his request in that case, not this one.  In addition, as the Court explained in its dismissal order, the Court lacks the authority to enjoin a criminal proceeding.  Accordingly,

IT IS HEREBY ORDERED THAT Plaintiff's motion to stay is DENIED.  This Order terminates Docket No. 28.

IT IS SO ORDERED.

Dated: March 30, 2010

SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LAL BHATIA,

       Plaintiff,

  v.

UNITED STATES OF AMERICA et al,

       Defendant.
_____/

Case Number: CV08-04208 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on MARCH 31, 2010March 31, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lal Bhatia 97562-011/A2D
Taft Correctional Institution
P.O. 7001
Taft, CA 93268

Dated: 3/31/10March 31, 2010

                              Richard W. Wieking, Clerk

                                      By: LISA R CLARK, Deputy Clerk